**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1051

TIGRESS MCDANIEL,

Plaintiff - Appellant,

v.

CHARLOTTE MECKLENBURG BLACK POLITICAL CAUCUS OF CHARLOTTE; MEKO CHOSEN; DOES,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  David Shepardson Cayer, Magistrate Judge.  (3:22-cv-00236-MOC-DSC)

Submitted:  May 18, 2023                          Decided:  May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tigress Sydney Acute McDaniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tigress McDaniel appeals the magistrate judge's postjudgment text order denying McDaniel's as-construed motion to amend her previously dismissed complaint. We discern no abuse of discretion in the magistrate judge's ruling, given that McDaniel did not proffer the proposed amended complaint or otherwise address how she would remedy the previously identified jurisdictional defects. *See Willner v. Dimon*, 849 F.3d 93, 114 (4th Cir. 2017) ("Where, as here, the plaintiff fails to formally move to amend and fails to provide the district court with any proposed amended complaint or other indication of the amendments [s]he wishes to make, the district court does not abuse its discretion in denying leave to amend." (brackets omitted)). Accordingly, we affirm the appealed-from order. *McDaniel v. Charlotte Mecklenburg Black Pol. Caucus of Charlotte*, No. 3:22-cv-00236-MOC-DSC (W.D.N.C. Jan. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2